# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 21-04-H-BMM |
|---|---|
| Plaintiff, | |
| vs. | |
| JOHN RUSSELL HOWALD, | **WRIT OF HABEAS CORPUS** (For Prosecution) |
| Defendant. | |

To: Timothy Hornung, Interim United States Marshal, District of Montana and Jim Salmonsen, Warden of Montana State Prison

YOU ARE HEREBY COMMANDED to bring John Russell Howald, who is presently in your custody at Montana State Prison in Deer Lodge, MT, before the Honorable John T. Johnston, United States Magistrate Judge of the United States District Court for the State and District of Montana, at the courtroom of the United States Magistrate Court, Great Falls, Montana at 10:00 a.m. on June 24, 2021, for such purposes as the court may determine, and upon conclusion of all

1

proceedings, John Russell Howald shall be returned to the custody of the warden of the Montana State Prison.

WITNESS the Honorable John T. Johnston

United States Magistrate Judge at Great Falls, Montana this 26th day of May, 2021.

Tyler P. Gilman, Clerk

_____
Clerk

_____
Deputy Clerk