IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-04-GF-BMM |
| Plaintiff, | |
| vs. | |
| JOHN RUSSELL HOWALD, | |
| Defendant. | |

On October 25, 2021, the Court, upon Defendant John Howald's (Howald) motion, ordered Howald be committed to a facility designated by the Attorney General, to be examined for a reasonable period of time, not to exceed 30 days. (Doc. 39.)

The Court received a status update from Dr. Jaime Jauregui on May 9, 2022, informing the Court that Howald had failed to cooperate with the court-ordered evaluation. (Doc. 45). The Court conducted a status call with AUSA Brendan McCarthy and defense counsel Rachel Julagay on May 9, 2022. The Court and counsel agreed with Dr. Jauregui that Howald should be transferred to a Federal Medical Center for a longer period of observation and on May 11, 2022 and

ordered Howald be committed to a mental health evaluation for a period not to exceed 120 days. (Doc. 47.)

On July 11, 2022, the Court received a letter from David Paul, Warden, Federal Medical Center, Lexington, Kentucky, asking for a 30 day extension to allow for additonal time to observe and evaluate Howald. Accordingly,

**IT IS ORDERED** that Howald's evaluation period will end on August 15, 2022, with the final report submitted to the Court no later than September 12, 2022. The Clerk of Court will e-mail this order to Dr. Hayley Wentowski, Forensic Psychologist, FBP, FMC Lexington, KY at Hwentowski@bop.gov.

Any correspondence, and the evaluation, will be sent to the Court at sara_luoma@mtd.uscourts.gov.

DATED this July 11, 2022.


Brian Morris, Chief District Judge
United States District Court