## DEFENDANT'S EXHIBITS – WILL OFFER

Case Name:  U.S. v. John Russell Howald
Case Number:  CR 21-04-H-BMM

| # | Description | Δ's Objection | Date Offered | Date Reserved | Date Admitted | Date Refused/ Withdrawn |
|---|---|---|---|---|---|---|
| 500 | Photo outside K.J. House | | | | | |
| 501 | Photo outside K.J. House | | | | | |
| 502 | Photo outside K.J. House | | | | | |
| 503 | Photo outside K.J. House | | | | | |
| 504 | Photo outside K.J. House | | | | | |
| 505 | Photo outside K.J. House | | | | | |
| 506 | Photo outside K.J. House | | | | | |
| 507 | Photo outside K.J. House | | | | | |
| 508 | Photo outside K.J. House | | | | | |
| 509 | Photo outside K.J. House | | | | | |
| 510 | Photo outside K.J. House | | | | | |
| 511 | Photo outside K.J. House | | | | | |

| 512 | Photo outside K.J. House | | | | | |
| 513 | Photo outside K.J. House | | | | | |
| 514 | Photo outside K.J. House | | | | | |
| 515 | Photo outside K.J. House | | | | | |
| 516 | Photo outside K.J. House | | | | | |
| 517 | Photo outside K.J. House | | | | | |