# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN RUSSELL HOWALD, <br><br> Defendant. | CR 21-04-H-BMM <br><br><br> ORDER |

Upon unopposed motion of the United States and for good cause shown, **IT IS ORDERED** that the United States' Motion for Witness to Appear Remotely, is GRANTED, as there is good cause supporting that motion. Joy Lewis may appear to testify via video at the trial in this matter. It is anticipated that Joy Lewis will testify during the late afternoon of February 15, 2023.

The Clerk's office will arrange for a connection beginning late afternoon on February 15, 2023, and the United States is directed to contact the Clerk's office for connection procedures.

DATED this 10th day of February, 2023

*/s/ Brian Morris*
Brian Morris, Chief District Judge
United States District Court