# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br><br>vs.<br><br>**JOHN RUSSELL HOWALD,**<br><br>Defendant. | **CR 21-04-H-BMM**<br><br>**UNITED STATES' EXHIBIT LIST** |

| PRESIDING JUDGE:<br>**Hon. Brian Morris** | PLAINTIFF'S ATTORNEY(S):<br>**AUSA Ethan Plaut**<br>**DOJ Trial Attorney Eric Peffley** | DEFENDANT'S ATTORNEY(S):<br>**Colin Stephens** |
|---|---|---|
| TRIAL DATE(S):<br>**February 7, 2023** | COURT REPORTER:<br>**Yvette Heinze** | COURTROOM DEPUTY:<br>Athena Cobb |

| EX # | DATE ADMITTED | DESCRIPTION OF EXHIBIT | WITNESS | STIPULAT ADMISSIB |
|---|---|---|---|---|
| 1 | 2.14.23 | Four 7.62X39mm cartridge cases (Basin Street) | | |
| 2 | | Seven 7.622x39mm cartridge cases (intersection) | | |
| 3 | | Two rounds of 7.62x39mm ammunition (intersection) | | |
| 4 | | One fired bullet from house of Individual 1 | | |
| 5 | | AR Style Rifle (Ford Mustang) | | |
| 6 | | Two rifle magazines (Ford Mustang) | | |
| 7 | | Forty-two (42) rounds of 5.56 caliber ammunition (Ford Mustang) | | |
| 8 | | Smith & Wesson Model 657, .42 Remington Caliber Revolver (Ford Mustang) | | |
| 9 | | Springfield Armory HS Produkt Model XD-S, .45 ACP caliber pistol (defendant) | | |
| 10 | | Fourteen (14) rounds of .45 caliber ammunition (defendant) | | |
| 11 | ✓ | AK Style 7.62x39mm caliber rifle (Basin Creek Road) | | |

| EX # | DATE ADMITTED | DESCRIPTION OF EXHIBIT | WITNESS | STIPULAT ADMISSIB |
|------|---------------|------------------------|---------|-------------------|
| 12 | 2-14-23 | One round of 7.62.39mm ammunition (Basin Creek Road) | | |
| 13 | | Two rifle magazines (Basin Creek Road) | | |
| 14 | | Thirty (30) rounds of 7.62x39mm ammunition (Basin Creek Road) | | |
| 15 | | Mossberg Model 100 ATR, 30-06 caliber rifle (Basin Creek Road) | | |
| 16 | | Four rounds of 30-06 ammunition (Basin Creek Road) | | |
| 17 | | Assorted ammunition (Basin Creek Road) | | |
| 18 | | Holsters and Magazine | | |
| 19 | 2-16-23 | Reserved  7.62x 39mm TULA MMO | | |
| 20 | 2-14-23 | Google Image – Basin Overview | | |
| 21 | | Google Image – Basin Street Image | | |
| 22 | | Google Image – James Residence | | |
| 23 | | Photo of four casings near Basin Creek Pottery | | |
| 24 | | Photo of casings near Basin Creek Pottery | | |
| 25A | | Photo of ammunition in street | | |
| 25B | | Photo of casings near James residence | | |
| 26A | | Photo of ammunition in street | | |
| 26B | | Photo of rounds near James residence | | |
| 27 | | Photo of inside of Blazer | | |
| 28 | | Photo of inside of Blazer – close-up | | |
| 29 | | Photo of ammunition box interior | | |
| 30 | | Photo of porch | | |
| 31 | | Photo of Knife | | |
| 32 | | Photo of Pistol | | |
| 33 | | Photo of Mustang | | |
| 34 | | Photo of rear seat and pack | | |
| 35 | | Photo of backpack contents | | |
| 36 | | Photo of revolver and holster | | |
| 37 | | Photo of revolver | | |

| EX # | DATE ADMITTED | DESCRIPTION OF EXHIBIT | WITNESS | STIPULAT ADMISSIB |
|---|---|---|---|---|
| 38 | 2.14.23 | Photo of AR rifle | | |
| 39 | | Photo of magazines and round | | |
| 40 | | Photo of AR magazine housing | | |
| 41 | | Photo of ammunition | | |
| 42 | | Reserved | | |
| 43 | | Reserved | | |
| 44 | 2.14.23 | Photo of house with fence | | |
| 45 | | Photo of fence with bullet holes | | |
| 46 | | Photo of fence with bullet holes – flagged | | |
| 47 | | Photo of bullet hole at top of fence | | |
| 48 | | Photo of bullet hole at top of fence – closeup | | |
| 49 | | Photo of fence and house with holes flagged | | |
| 50 | | Photo of inside fence with flagged holes | | |
| 51 | | Photo of mark in dirt in yard | | |
| 52 | | Photo of hole – exterior leg of porch | | |
| 53 | | Photo of hole – interior leg of porch | | |
| 54 | | Photo of mark in dirt near leg of porch | | |
| 55 | | Photo of hole in porch face board | | |
| 56 | | Photo of hole in porch joist | | |
| 57 | | Photo of front of house with flagged holes | | |
| 58 | | Photo of closeup of hole in house | | |
| 59 | | Photo of first bullet hole inside house | | |
| 60 | | Photo of second bullet hole inside house | | |
| 61 | | Photo of third bullet hole inside house | | |
| 62 | | Photo of fourth bullet hole inside house (blanket) | | |
| 63 | | Photo of fourth bullet hole inside house (from inside) | | |
| 64 | | Photo of kitchen entry view | | |
| 65 | | Photo of entry to kitchen view | | |
| 66 | | Photo of hole above fridge | | |

| EX # | DATE ADMITTED | DESCRIPTION OF EXHIBIT | WITNESS | STIPULAT ADMISSIB |
|------|---------------|------------------------|---------|-------------------|
| 67 | 2-14-23 | Photo of hole above fridge with bullet | | |
| 68 | | Photo of camper | | |
| 69 | | Photo of ammo box in dining area | | |
| 70 | | Photo of closeup of ammo box in dining area | | |
| 71 | | Photo of ammo box by door | | |
| 72 | | Photo of closeup of ammo box by door | | |
| 73 | | Photo of ammo box behind mattress | | |
| 74 | | Photo of closeup of ammo box behind mattress | | |
| 75 | | Photo of rifle in closet | | |
| 76 | | Photo of rifle | | |
| 77 | | Photo of bed | | |
| 78 | | Photo of compartment under bed | | |
| 79 | | Photo of chambered round in rifle | | |
| 80 | | Photo of AK magazines | | |
| 81 | | Photo of ammo in magazine | | |
| 82 | | Photo of ammo in second magazine | | |
| 83 | | Photo of Chevy truck | | |
| 84 | | Photo of ammo box in bed of truck | | |
| 85 | | Photo of ammo in box | | |
| 86 | | Reserved | | |
| 87 | | Reserved | | |
| 88 | | Reserved | | |
| 89 | | Reserved | | |
| 90 | 2-14-23 | Photo of AK rifle – right side | | |
| 91 | | Photo of AK closeup | | |
| 92 | | Photo of AK closeup | | |
| 93 | | Photo of AK closeup | | |
| 94 | | Photo of AK rifle – left side | | |
| 95 | | Photo of AK closeup | | |
| 96 | | Photo of AK closeup | | |
| 97 | | Photo of AK closeup | | |

| EX # | DATE ADMITTED | DESCRIPTION OF EXHIBIT | WITNESS | STIPULAT ADMISSIB |
|------|---------------|------------------------|---------|-------------------|
| 98 | 2·14·23 | Photo of AK bolt carrier and bolt | | |
| 99 | | Photo of AK bolt | | |
| 100 | | Photo of AK gas tube | | |
| 101 | | Photo of AK closeup | | |
| 102 | | Photo of one 7.62 round and evidence bag | | |
| 103 | | Photo of one 7.62 round | | |
| 104 | | Photo of 7.62 rounds in evidence bag | | |
| 105 | | Photo of 7.62 rounds in evidence bag | | |
| 106 | | Photo of 7.62 rounds | | |
| 107 | | Photo of two 7.62 rounds and evidence bag | | |
| 108 | | Photo of two 7.62 rounds and evidence bag | | |
| 109 | | Photo of 7 casings and evidence bags | | |
| 110 | | Photo of 7 casings | | |
| 111 | | Photo of four casings in evidence bags | | |
| 112 | | Photo of four casings in evidence bags | | |
| 113 | | Photo of four casings | | |
| 114 | | Drawing by KJ | | |
| 115 | | Two photos of James truck | | |
| 116 | | Reserved | | |
| 117 | | Reserved | | |
| 118 | | Reserved | | |
| 119 | | Reserved | | |
| 120 | 2·14·23 | Audio clip of incident (Stacey Hale interview) | | |
| 121 | | Video clip of bodycam (Gardner) | | |
| 122 | | Video clip of dashcam (Gardner) | | |
| 123 | | Video clip of arrest (bodycam) | | |
| 124 | | Video clip of arrest (dashcam) | | |
| 125 | | Video clip of arrest (rear dashcam) | | |
| 126 | 2·14·23 | Audio clip of 911 Call (Heaton) | | |
| 127 | | Full audio recording of 911 Call (Norris) | | |

| EX # | DATE ADMITTED | DESCRIPTION OF EXHIBIT | WITNESS | STIPULAT ADMISSIB |
|------|---------------|------------------------|---------|-------------------|
| 128 | 2-14-23 | Full audio of incident (Stacey Hale Interview) (audio clip is Exhibit 120) <span style="color:red">2-17-23 Stipulated Removed by Counsel</span> | | |
| 129 | | Still Image from bodycam video (Gardner) (Exhibit 121, :40 timestamp) | | |
| 130 | | Still Image from bodycam video (Gardner) (Exhibit 121, :43 timestamp) | | |
| 131 | | | | |
| 132 | | | | |
| 133 | | | | |
| 134 | | | | |
| 135 | | | | |
| 21a | 2-16-23 | Exh 21 - Image Capture Photo marked by Ronald Hale | | |