United States District Court
District of Montana
Exhibits Log: CR-21-04-H-BMM
USA v. Howald, 2/14/2023

| EXHIBIT | DESCRIPTION | RLS |
|---------|-------------|-----|
| Inst-01 | Preliminary Jury Instruction | Yes |
| Inst-02 | DuringTrialInstructions | Yes |
| Inst-03 | Final Instructions | Yes |
| Pla-020 | Google Basin Overview | Yes |
| Pla-021 | Google Basin Street Image | Yes |
| Pla-21-a | Image Capture Photo marked by Ronald Hale | Yes |
| Pla-022 | Google James Residence | Yes |
| Pla-023 | Photo of four casings near Basin Pottery | Yes |
| Pla-024 | Photos of Casings Near Basin Creek Pottery | Yes |
| Pla-025-A | Photo of ammo in street | Yes |
| Pla-025-B | Photo of casings near James residence | Yes |
| Pla-026-A | Photo of ammo in street | Yes |
| Pla-026-B | Photo of rounds near James residence | Yes |
| Pla-027 | Photo of inside of Blazer | Yes |
| Pla-028 | Photo of inside of Blazer - closeup | Yes |
| Pla-029 | Photo of ammo box interior | Yes |
| Pla-030 | Photo of porch | Yes |
| Pla-031 | Photo of knife | Yes |
| Pla-032 | Photo of pistol | Yes |
| Pla-033 | Photo of Mustang | Yes |
| Pla-034 | Photo of rear seat & pack | Yes |
| Pla-035 | Photo of backpack contents | Yes |
| Pla-036 | Photo of revolver & holster | Yes |
| Pla-037 | Photo of revolver | Yes |
| Pla-038 | Photo of AR rifle | Yes |
| Pla-039 | Photo of magazines & round | Yes |
| Pla-040 | Photo of AR magazine housing | Yes |
| Pla-041 | Photo of ammunition | Yes |
| Pla-044 | Photo of house with fence | Yes |
| Pla-045 | Photo of fence with bullet holes | Yes |
| Pla-046 | Photo of fench with bullet holes flagged | Yes |
| Pla-047 | Photo of bullet hole top of fence | Yes |
| Pla-048 | Photo of bullet hole top fence - closeup | Yes |
| Pla-049 | Photo of house and fence - holes flagged | Yes |
| Pla-050 | Photo of inside fence - flagged holes | Yes |
| Pla-051 | Photo of mark in dirt in yard | Yes |
| Pla-052 | Photo of hole - exterior porch leg | Yes |
| Pla-053 | Photo of hole - interior porch leg | Yes |
| Pla-054 | Photo of mark in dirt by porch leg | Yes |

| EXHIBIT | DESCRIPTION | RLS |
|---------|-------------|-----|
| Pla-055 | Photo of hole in porch face board | Yes |
| Pla-056 | Photo of hole in porch joist | Yes |
| Pla-057 | Photo of front house - flagged holes | Yes |
| Pla-058 | Photo of closeup hole in house | Yes |
| Pla-059 | Photo of first bullet hole in house | Yes |
| Pla-060 | Photo of second bullet hole in house | Yes |
| Pla-061 | Photo of third bullet hole in house | Yes |
| Pla-062 | Photo of fourth bullet hole in house blanket | Yes |
| Pla-063 | Photo of fourth hole in house - from inside | Yes |
| Pla-064 | Photo of kitchen entry view | Yes |
| Pla-065 | Photo of entry to kitchen | Yes |
| Pla-066 | Photo of hole above fridge | Yes |
| Pla-067 | Photo of hole above fridge with bullet | Yes |
| Pla-068 | Photo of camper | Yes |
| Pla-069 | Photo of ammo box in dining area | Yes |
| Pla-070 | Photo of ammo box in dining area - closeup | Yes |
| Pla-071 | Photo of ammo box by door | Yes |
| Pla-072 | Photo of ammo box by door - closeup | Yes |
| Pla-073 | Photo of ammo box behind mattress | Yes |
| Pla-074 | Photo of ammo box behind mattress - closeup | Yes |
| Pla-075 | Photo of rifle in closet | Yes |
| Pla-076 | Photo of rifle | Yes |
| Pla-077 | Photo of bed | Yes |
| Pla-078 | Photo of compartment under bed | Yes |
| Pla-079 | Photo of chambered round in rifle | Yes |
| Pla-080 | Photo of AK magazines | Yes |
| Pla-081 | Photo of ammo in magazine | Yes |
| Pla-082 | Photo of ammo in second magazine | Yes |
| Pla-083 | Photo of Chevy truck | Yes |
| Pla-084 | Photo of ammo box in bed truck | Yes |
| Pla-085 | Photo of ammo in box | Yes |
| Pla-090 | Photo of AK rifle - right side | Yes |
| Pla-091 | Photo of AK closeup | Yes |
| Pla-092 | Photo of AK closeup | Yes |
| Pla-093 | Photo of AK closeup | Yes |
| Pla-094 | Photo of AK rifle - left side | Yes |
| Pla-095 | Photo of AK closeup | Yes |
| Pla-096 | Photo of AK closeup | Yes |
| Pla-097 | Photo of AK closeup | Yes |
| Pla-098 | Photo of AK bolt carrier & bolt | Yes |
| Pla-099 | Photo of AK bolt | Yes |
| Pla-100 | Photo of AK gas tube | Yes |
| Pla-101 | Photo of AK closeup | Yes |
| Pla-102 | Photo of one 7.62 round & evidence bag | Yes |

| EXHIBIT | DESCRIPTION | RLS |
|---------|-------------|-----|
| Pla-103 | Photo of one 7.62 round | Yes |
| Pla-104 | Photo of 7.62 rounds & evidence bag | Yes |
| Pla-105 | Photo of 7.62 rounds in evidence bag | Yes |
| Pla-106 | Photo of 7.62 rounds | Yes |
| Pla-107 | Photo of two 7.62 rounds & evidence bag | Yes |
| Pla-108 | Photo of two 7.62 rounds & evidence bag | Yes |
| Pla-109 | Photo of 7 casings & evidence bags | Yes |
| Pla-110 | Photo of 7 casings | Yes |
| Pla-111 | Photo of 4 casings & evidence bags | Yes |
| Pla-112 | Photo of 4 casings & evidence bags | Yes |
| Pla-113 | Photo of 4 casings | Yes |
| Pla-114 | KJ Drawing | Yes |
| Pla-115 | Photos of James Truck | Yes |
| Pla-120 | Audio of Conversation | Yes |
| Pla-121 | Video first 6_17 min | Yes |
| Pla-122 | Video Bodycam | Yes |
| Pla-123 | Start to 8_40 | Yes |
| Pla-124 | Video16_30 to 35_00 – arrest Howald.avi- | Yes |
| Pla-126 | Audio 911 Call | Yes |
| Pla-129 | Photo from Video of Bodycam | Yes |
| Pla-130 | Photo from Video of Bodycam | Yes |

2/17/23
Counsel for defense

Ethan Plaut
counsel for government