# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOHN RUSSELL HOWALD,<br>Defendant. | CR 21-04-H-BMM<br><br>UNITED STATES' POST-TRIAL EXHIBIT LIST |

| PRESIDING JUDGE:<br>Hon. Brian Morris | PLAINTIFF'S ATTORNEY(S):<br>AUSA Ethan Plaut<br>DOJ Trial Attorney Eric Peffley | DEFENDANT'S ATTORNEY(S):<br>Colin Stephens, Nick Brooke |
|---|---|---|
| TRIAL DATE(S):<br>February 14 – 17th, 2023 | COURT REPORTER:<br>Yvette Heinze | |

| EX # | DESCRIPTION OF EXHIBIT |
|---|---|
| 1 | Four 7.62X39mm cartridge cases (Basin Street) |
| 2 | Seven 7.622x39mm cartridge cases (intersection) |
| 3 | Two rounds of 7.62x39mm ammunition (intersection) |
| 4 | One fired bullet from house of Individual 1 |
| 5 | AR Style Rifle (Ford Mustang) |

| EX # | DESCRIPTION OF EXHIBIT |
|---|---|
| 6 | Two rifle magazines (Ford Mustang) |
| 7 | Forty-two (42) rounds of 5.56 caliber ammunition (Ford Mustang) |
| 8 | Smith & Wesson Model 657, .42 Remington Caliber Revolver (Ford Mustang) |
| 9 | Springfield Armory HS Produkt Model XD-S, .45 ACP caliber pistol (defendant) |
| 10 | Fourteen (14) rounds of .45 caliber ammunition (defendant) |
| 11 | AK Style 7.62x39mm caliber rifle (Basin Creek Road) |
| 12 | One round of 7.62.39mm ammunition (Basin Creek Road) |
| 13 | Two rifle magazines (Basin Creek Road) |
| 14 | Thirty (30) rounds of 7.62x39mm ammunition (Basin Creek Road) |
| 15 | Mossberg Model 100 ATR, 30-06 caliber rifle (Basin Creek Road) |
| 16 | Four rounds of 30-06 ammunition (Basin Creek Road) |
| 17 | Assorted ammunition (Basin Creek Road) |

| EX # | DESCRIPTION OF EXHIBIT |
|---|---|
| 18 | Holsters and Magazine |
| 19 | Two Empty Ammo Boxes |
| 20 | Google Image – Basin Overview |
| 21 | Google Image – Basin Street Image |
| 21A | Marked Up Basin Street Image |
| 22 | Google Image – James Residence |
| 23 | Photo of four casings near Basin Creek Pottery |
| 24 | Photo of casings near Basin Creek Pottery |
| 25A | Photo of ammunition in street |
| 25B | Photo of casings near James residence |
| 26A | Photo of ammunition in street |
| 26B | Photo of rounds near James residence |
| 27 | Photo of inside of Blazer |
| 28 | Photo of inside of Blazer – close-up |
| 29 | Photo of ammunition box interior |
| 30 | Photo of porch |
| 31 | Photo of Knife |
| 32 | Photo of Pistol |
| 33 | Photo of Mustang |
| 34 | Photo of rear seat and pack |

| EX # | DESCRIPTION OF EXHIBIT |
|---|---|
| 35 | Photo of backpack contents |
| 36 | Photo of revolver and holster |
| 37 | Photo of revolver |
| 38 | Photo of AR rifle |
| 39 | Photo of magazines and round |
| 40 | Photo of AR magazine housing |
| 41 | Photo of ammunition |
|  |  |
|  |  |
| 44 | Photo of house with fence |
| 45 | Photo of fence with bullet holes |
| 46 | Photo of fence with bullet holes – flagged |
| 47 | Photo of bullet hole at top of fence |
| 48 | Photo of bullet hole at top of fence – closeup |
| 49 | Photo of fence and house with holes flagged |
| 50 | Photo of inside fence with flagged holes |
| 51 | Photo of mark in dirt in yard |
| 52 | Photo of hole – exterior leg of porch |
| 53 | Photo of hole – interior leg of porch |
| 54 | Photo of mark in dirt near leg of porch |

| EX # | DESCRIPTION OF EXHIBIT |
|---|---|
| 55 | Photo of hole in porch face board |
| 56 | Photo of hole in porch joist |
| 57 | Photo of front of house with flagged holes |
| 58 | Photo of closeup of hole in house |
| 59 | Photo of first bullet hole inside house |
| 60 | Photo of second bullet hole inside house |
| 61 | Photo of third bullet hole inside house |
| 62 | Photo of fourth bullet hole inside house (blanket) |
| 63 | Photo of fourth bullet hole inside house (from inside) |
| 64 | Photo of kitchen entry view |
| 65 | Photo of entry to kitchen view |
| 66 | Photo of hole above fridge |
| 67 | Photo of hole above fridge with bullet |
| 68 | Photo of camper |
| 69 | Photo of ammo box in dining area |
| 70 | Photo of closeup of ammo box in dining area |
| 71 | Photo of ammo box by door |
| 72 | Photo of closeup of ammo box by door |
| 73 | Photo of ammo box behind mattress |

| EX # | DESCRIPTION OF EXHIBIT |
|---|---|
| 74 | Photo of closeup of ammo box behind mattress |
| 75 | Photo of rifle in closet |
| 76 | Photo of rifle |
| 77 | Photo of bed |
| 78 | Photo of compartment under bed |
| 79 | Photo of chambered round in rifle |
| 80 | Photo of AK magazines |
| 81 | Photo of ammo in magazine |
| 82 | Photo of ammo in second magazine |
| 83 | Photo of Chevy truck |
| 84 | Photo of ammo box in bed of truck |
| 85 | Photo of ammo in box |
|  |  |
|  |  |
|  |  |
|  |  |
| 90 | Photo of AK rifle – right side |
| 91 | Photo of AK closeup |
| 92 | Photo of AK closeup |
| 93 | Photo of AK closeup |

| EX # | DESCRIPTION OF EXHIBIT |
|---|---|
| 94 | Photo of AK rifle – left side |
| 95 | Photo of AK closeup |
| 96 | Photo of AK closeup |
| 97 | Photo of AK closeup |
| 98 | Photo of AK bolt carrier and bolt |
| 99 | Photo of AK bolt |
| 100 | Photo of AK gas tube |
| 101 | Photo of AK closeup |
| 102 | Photo of one 7.62 round and evidence bag |
| 103 | Photo of one 7.62 round |
| 104 | Photo of 7.62 rounds in evidence bag |
| 105 | Photo of 7.62 rounds in evidence bag |
| 106 | Photo of 7.62 rounds |
| 107 | Photo of two 7.62 rounds and evidence bag |
| 108 | Photo of two 7.62 rounds and evidence bag |
| 109 | Photo of 7 casings and evidence bags |
| 110 | Photo of 7 casings |
| 111 | Photo of four casings in evidence bags |
| 112 | Photo of four casings in evidence bags |
| 113 | Photo of four casings |

| EX # | DESCRIPTION OF EXHIBIT |
|---|---|
| 114 | Drawing by KJ |
| 115 | Two photos of James truck |
|  |  |
|  |  |
|  |  |
|  |  |
| 120 | Audio clip of incident (Stacey Hale interview) |
| 121 | Video clip of bodycam (Gardner) |
| 122 | Video clip of dashcam (Gardner) |
| 123 | Video clip of arrest (bodycam) |
| 124 | Video clip of arrest (dashcam) |
| 125 | (Withdrawn – Not provided to Jury) |
| 126 | Audio clip of 911 Call (Heaton) |
| 127 | (Withdrawn – Not provided to Jury) |
| 128 | (Withdrawn – Not provided to Jury) |
| 129 | Still Image from bodycam video |
| 130 | Still Image from bodycam video |