

GOVERNMENT EXHIBIT 106

USAO - 855