Colin M. Stephens
Nick K. Brooke
STEPHENS BROOKE, P.C.
315 W. Pine
Missoula, MT 59802
Phone:  (406) 721-0300
colin@stephensbrooke.com

*Attorneys for Defendant*

In the United States District Court
For the District of Montana
Helena Division

| UNITED STATES OF AMERICA, | Cause No. CR 21-04-H-BMM |
|---|---|
| Plaintiff, | |
| -vs- | Unopposed Motion Regarding Presentence Investigation Report Interview |
| JOHN RUSSELL HOWALD, | |
| Defendant. | |

### Motion

Defendant Howald respectfully moves this Court, pursuant to *Fed. R. Crim. P. 32(c)(2)* for an order requiring the Cascade County Jail to allow Howald and his attorney to be personally present and in the same room for contact and communication purposes during the telephonic presentence report interview.

-1-

Grounds and authority for this motion are set forth in the accompany brief in support filed contemporaneously herewith.

Counsel for the Government has been contacted regarding this Motion and **does not object**.

Respectfully submitted this 15th day of March 2023.

       /s/ Colin M. Stephens
Colin M. Stephens
STEPHENS BROOKE, P.C.
Attorney for Defendant